UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---

SETH D. HARRIS,[1] Acting Secretary of Labor,
United States Department of Labor,

            Plaintiff,

v.

JOSE V. FABRE LABOY d/b/a BANANERA
FABRE; and JOSE V. FABRE SANTIAGO d/b/a
FINCA LA PLATA,

            Defendants.

---

Civil Action No. 12-cv-1774 (JAF)

## CONSENT JUDGMENT

Plaintiff, the Acting Secretary of Labor ("Secretary"), has filed a complaint alleging that Defendants Jose V. Fabre Laboy d/b/a Bananera Fabre and Jose V. Fabre Santiago d/b/a Finca La Plata (collectively, "Defendants") violated sections 6 and 15(a)(2) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 206, 215(a)(2), ("FLSA" or "the Act") and Defendants have appeared by counsel and all parties have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment.

Whereas the business activities of Defendants are related and performed through common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act, 29 U.S.C. § 203(r).

Whereas Defendants employ employees in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 203(s) of the Act, 29 U.S.C. § 203(s).

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Labor Seth D. Harris is substituted for Hilda L. Solis as Plaintiff.

Whereas Defendants admit that they have and are employing employees subject to the Act from the time period covered by Plaintiff's complaint through the present.

Whereas Defendants acknowledge their responsibilities pursuant to this agreement, and acknowledge that they will be subject to sanctions in contempt of this Court if they fail to comply with the provisions of this Judgment.

It is, therefore, upon motion of the attorneys for the Secretary and for good cause shown:

I. ORDERED that Defendants, their officers, employees, agents, and all persons acting or claiming to act in the Defendants' behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 6, 11(c), 15(a)(2), and 15(a)(5) of the Act, in any matter, specifically including:

(1) Defendants shall not, contrary to Section 6 of the Act, pay to any of their employees who in any workweek is engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at rates less than those which are now, or which in the future may become, applicable under Section 6 and 15(a)(2) of the Act.

(2) Defendants shall make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by him as prescribed by the Regulations issued pursuant to Sections 11(c) and 15(a)(5) of the Act and found at 29 CFR Part 516.

(3) Defendants shall not discharge or take any retaliatory action against any employee because the employee engages in any of the following activities:

a. Discloses, or threatens to disclose, to a supervisor or to a public agency, any activity, policy or practice of the employer or another employer, with whom there is a business

relationship, that the employee reasonably believes is in violation of the Act or a rule or regulation promulgated pursuant to the Act;

    b.    Provides information to, or testifies before, any public agency or entity conducting an investigation, hearing or inquiry into any alleged violation of the Act, or a rule or regulation promulgated pursuant to the Act, by the employer or another employer with whom there is a business relationship.

    c.    Objects to, or refuses to participate in any activity, policy or practice which the employee reasonably believes is in violation of the Act or a rule or regulation promulgated pursuant to the Act.

    II.    ORDERED that Defendants, jointly and severally, are enjoined and restrained from withholding the payment of One Hundred Ninety-One Thousand Four Hundred Two and 56/100 Dollars ($191,402.56) in back wages owed to Defendants' employees under section 6 of the Act, 29 U.S.C. § 206 as set forth in Exhibit A to this Judgment.

    III.    ORDERED that Plaintiff shall also have and recover from the Defendants, jointly and Severally, the additional amount of Eighty-Three Thousand Five Hundred Ninety-Seven and 44/100 Dollars ($83,597.44), as and for liquidated damages due and owing to Defendants' employees as set forth in Exhibit A to this Judgment.

    IV.    Defendants shall pay the minimum wages and liquidated damages by delivering a certified check in the amount of Sixty-Eight Thousand Seven Hundred Fifty and 00/100 Dollars ($68,750.00) payable to the order of "Wage and Hour Division – Labor" within ten (10) days of the date of entry of this Order. The remaining payments shall be made by certified or bank check as set forth on Exhibit B with post-judgment interest pursuant to 28 U.S.C. § 1961. All certified or bank checks shall be delivered to:

United States Department of Labor – Wage and Hour Division
The Curtis Center, Suite 850 West
170 S. Independence Mall West,
Philadelphia, PA  19106-3317.

The WHISARD No. "1601276" will be written on the face of each certified or bank check.

V.  In the event that any one installment payment is not made within 15 days of the due date as set forth in paragraph IV and Exhibit B to this Judgment, without Court approval, all remaining installment payments become due immediately.

VI.  In the event that Defendants fail to make the final payment as set forth in paragraph IV and Exhibit B to this Judgment and fail to request from the Department in writing a payment plan for the final payment, the final payment plus interest at a rate of ten percent (10%) per year from the date of entry of this Judgment until the full amount is paid in full shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of the Defendants then known to the Secretary.  No action or non-action by the Department shall constitute a waiver of this paragraph.

VII.  ORDERED that copies of the certified checks and cover letters shall be simultaneously sent to the attention of Jose R. Vazquez, District Director, U.S. Department of Labor, Wage and Hour Division, Caribbean District Office, Department of Labor, Wage and Hour Division, 7 Tabonuco Street, San Patricio Office Center Suite 402, Guaynabo, PR 00968.

VIII.  ORDERED that Plaintiff shall distribute Defendants' payments to the employees and former employees, or to their estates, as set forth in Exhibit A less any legal deductions. Any sums not distributed to the employees or former employees, or to their personal representatives because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited with the Treasurer of the United States pursuant to 28 U.S.C. § 2041 and § 2042.

IX.   ORDERED that neither Defendants nor anyone on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid under this Judgment. Violation of this paragraph may subject Defendants to equitable and legal damages.

X.   ORDERED that Defendants shall place posters provided by the Wage and Hour Division with information about the FLSA and Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. § 1801 et seq. ("MSPA") where employees may view them within thirty (30) days of entry of Judgment.

XI.   ORDERED that Defendants shall orally inform all their employees of their rights under the Fair Labor Standards Act, and the terms of this Judgment, including the payment of minimum wages and the rights of employees to engage in activity protected by the Act without fear of retaliation. The defendants shall so inform their employees within thirty (30) days of the entry of Judgment on a workday.

XII.   ORDERED that neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees or former employees of Defendants not listed in Exhibit A to file any action against defendants under Section 16(b) of the Act, or likewise for any current or former employee listed in Exhibit A to file any action against defendants under Section 16(b) of the Act for any violations alleged to have occurred after February 4, 2012.

XIII. ORDERED that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

SO ORDERED:

_____
JOSÉ ANTONIO FUSTÉ
UNITED STATES DISTRICT JUDGE

DATED: June 14, 2013
San Juan, Puerto Rico

By: _____
JOSE V. FABRE LABOY

_____
JOSE V. FABRE SANTIAGO

_____
LUIS E. PABÓN ROCA
Faccio & Pabón Roca
Urb. Hyde Park
249 Calle Las Marías
San Juan, PR 00927
Attorneys for Defendants

M. PATRICIA SMITH
Solicitor of Labor

PATRICIA M. RODENHAUSEN
Regional Solicitor

By: _____
MOLLY K. BIKLEN
Attorney
Bar No. G01602

U.S. Department of Labor,
Attorneys for Plaintiff

6

AFFIDAVIT NO (17,634) Permanent Comm.

On the 3 day of June, 2013 before me personally appeared JOSE V. FABRE LABOY to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.



AFFIDAVIT NO. (17,635), Permanent Comm.

On the 3 day of June, 2013 before me personally appeared JOSE V. FABRE SANTIAGO to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.



## EXHIBIT A

| Employee Name | Period Starting | Period Ending | Minimum Wages | Liquidated Damages | Total |
|---|---|---|---|---|---|
| Melvin Acosta Vargas | 2/13/2010 | 2/4/2012 | $2,351.57 | $1,027.08 | $3,378.65 |
| Eliezer Albino Medica | 4/3/2010 | 4/2/2011 | $1,208.68 | $527.91 | $1,736.59 |
| Maricely Albino Medina | 7/3/2010 | 1/1/2011 | $581.76 | $254.09 | $835.85 |
| Juan Alvarez Vazquez | 7/3/2010 | 10/2/2010 | $30.83 | $13.47 | $44.30 |
| Nelson Andino Ocasio | 4/3/2010 | 7/3/2010 | $189.50 | $82.77 | $272.27 |
| Luis A. Andujar Vazquez | 2/13/2010 | 2/4/2012 | $3,176.29 | $1,387.28 | $4,563.57 |
| Luis A. Ayala Belen | 2/13/2010 | 10/2/2010 | $544.44 | $237.79 | $782.23 |
| Miguel J. Ayala Lopez | 7/2/2011 | 11/12/2011 | $246.25 | $107.55 | $353.80 |
| Norberto Baez Cornier | 7/3/2010 | 10/2/2010 | $97.34 | $42.51 | $139.85 |
| Neftali Baez Rodriguez | 7/3/2010 | 10/2/2010 | $39.46 | $17.23 | $56.69 |
| Maximino Banchs Figueroa | 3/13/2010 | 7/2/2011 | $1,405.38 | $613.82 | $2,019.20 |
| Emmanuel Banchs Lopez | 3/13/2010 | 7/2/2011 | $1,705.23 | $744.78 | $2,450.01 |
| Maximino Banchs Lopez | 1/8/2011 | 4/2/2011 | $296.00 | $129.28 | $425.28 |
| Darwin Berrocales Rivera | 4/3/2010 | 7/3/2010 | $76.67 | $33.49 | $110.16 |
| Elibet Berrocales Vega | 2/13/2010 | 2/4/2012 | $3,263.80 | $1,425.51 | $4,689.31 |
| Dersantile Boulet | 7/3/2010 | 10/2/2010 | $34.19 | $14.93 | $49.12 |
| Janichia Burgos Quiñones | 3/13/2010 | 10/2/2010 | $405.26 | $177.00 | $582.26 |
| Efrain Cabot Velez | 3/13/2010 | 4/2/2011 | $388.58 | $169.72 | $558.30 |
| Modesto Canabal Enriquez | 7/2/2011 | 2/4/2012 | $884.75 | $386.43 | $1,271.18 |
| Eddie J. Canabal Mendez | 3/13/2010 | 7/2/2011 | $2,235.19 | $976.25 | $3,211.44 |
| Ramon L. Caraballo Torres | 3/13/2010 | 2/4/2012 | $1,563.48 | $682.87 | $2,246.35 |
| Johanna Castellas Muñiz | 2/13/2010 | 2/4/2012 | $1,746.16 | $762.66 | $2,508.82 |
| Jan Jose Castro Montalvo | 4/3/2010 | 10/2/2010 | $77.09 | $33.67 | $110.76 |
| Jose H. Cedeno cornier | 1/8/2011 | 7/2/2011 | $108.00 | $47.17 | $155.17 |
| Daniel Cedeño Quiñones | 4/2/2011 | 7/2/2011 | $130.00 | $56.78 | $186.78 |
| Jose D. Cintron Torres | 2/13/2010 | 10/2/2010 | $760.25 | $332.05 | $1,092.30 |
| Kenneth L. Clausell Banchs | 7/3/2010 | 10/2/2010 | $46.72 | $20.41 | $67.13 |
| Gared Collado Mercado | 2/13/2010 | 2/4/2012 | $3,042.64 | $1,328.91 | $4,371.55 |
| Hiram D. Comas Berrrocales | 2/13/2010 | 12/3/2011 | $2,971.34 | $1,297.77 | $4,269.11 |
| Nelson Cordero Vega | 7/3/2010 | 2/4/2012 | $1,791.57 | $782.49 | $2,574.06 |
| Adalberto Correa Rivera | 10/1/2011 | 12/31/2011 | $138.00 | $60.27 | $198.27 |
| Walter Cruz Aviles | 1/8/2011 | 2/4/2012 | $1,193.50 | $521.28 | $1,714.78 |
| Axel M. Cruz Cora | 2/13/2010 | 2/4/2012 | $2,484.98 | $1,085.35 | $3,570.33 |
| Miguel A. Cruz Cruz | 1/8/2011 | 4/2/2011 | $41.50 | $18.13 | $59.63 |
| Wilson Cruz Santos | 10/2/2010 | 10/1/2011 | $746.00 | $325.82 | $1,071.82 |
| Jossian Delgado Rivera | 2/5/2011 | 2/4/2012 | $1,176.75 | $513.96 | $1,690.71 |

Exhibit A   Page 1 of 5

| Employee Name | Period Starting | Period Ending | Minimum Wages | Liquidated Damages | Total |
|---|---|---|---|---|---|
| Luis A. Diaz Dominicci | 4/3/2010 | 7/3/2010 | $172.75 | $75.45 | $248.20 |
| Jorge L. Feliciano Santana | 4/2/2011 | 7/2/2011 | $225.75 | $98.60 | $324.35 |
| Leonides Figueroa Cruz | 7/2/2011 | 11/12/2011 | $72.00 | $31.45 | $103.45 |
| Kenny D. Figueroa Santos | 10/2/2010 | 11/12/2011 | $353.00 | $154.18 | $507.18 |
| Rennie P. Flores Gonzalez | 2/13/2010 | 2/4/2012 | $3,102.94 | $1,355.25 | $4,458.19 |
| Josue Galarza Galarza | 1/8/2011 | 4/2/2011 | $46.34 | $20.24 | $66.58 |
| Walter Galarza Cruz | 4/3/2010 | 4/2/2011 | $1,063.01 | $464.28 | $1,527.29 |
| Pablo D. Garcia Santiago | 1/8/2011 | 2/4/2012 | $830.50 | $362.73 | $1,193.23 |
| Samuel Gil Albino | 2/13/2010 | 2/4/2012 | $2,678.49 | $1,169.86 | $3,848.35 |
| Axl Gonzalez | 4/3/2010 | 11/12/2011 | $2,039.26 | $890.67 | $2,929.93 |
| Sergio L. Gonzalez Berrocales | 3/27/2010 | 1/1/2011 | $147.46 | $64.40 | $211.86 |
| Julio V. Gonzalez Garcia | 2/13/2010 | 2/4/2012 | $2,855.75 | $1,247.28 | $4,103.03 |
| Jonathan Gonzalez Millan | 2/13/2010 | 2/4/2012 | $3,440.46 | $1,502.66 | $4,943.12 |
| Omar Gonzalez Millan | 2/13/2010 | 040/02/11 | $1,694.49 | $740.09 | $2,434.58 |
| Robert Gonzalez Millan | 4/3/2010 | 11/12/2011 | $2,519.25 | $1,100.31 | $3,619.56 |
| Eduardo Irizarry Figueroa | 2/13/2010 | 2/4/2012 | $2,389.53 | $1,043.66 | $3,433.19 |
| Elena E. Lojo Gonzalez | 7/3/2010 | 1/1/2011 | $71.92 | $31.41 | $103.33 |
| Santos L. Lopez Alameda | 3/27/2010 | 10/2/2010 | $692.48 | $302.45 | $994.93 |
| Victor D. Lugo Colon | 3/27/2010 | 1/1/2011 | $539.75 | $235.74 | $775.49 |
| Michael D. Lugo Gonzalez | 7/3/2010 | 4/2/2011 | $619.10 | $270.40 | $889.50 |
| Juan C. Lugo Ojeda | 2/13/2010 | 2/4/2012 | $2,479.64 | $1,083.01 | $3,562.65 |
| Juan A. Lugo Pino | 4/3/2010 | 7/3/2010 | $22.00 | $9.61 | $31.61 |
| Michael Lugo Vega | 1/8/2011 | 4/2/2011 | $24.14 | $10.54 | $34.68 |
| Nicasio Martinez Mendoza | 10/1/2011 | 2/4/2012 | $385.00 | $168.15 | $553.15 |
| Arturo Martinez Morales | 3/27/2010 | 10/1/2011 | $1,925.54 | $841.00 | $2,766.54 |
| Carmelo Martinez Morales | 2/13/2010 | 12/3/2011 | $2,998.99 | $1,309.85 | $4,308.84 |
| Cruz Martinez Morales | 3/27/2010 | 10/1/2011 | $1,941.54 | $847.99 | $2,789.53 |
| Luis A. Martinez Ortiz | 4/3/2010 | 10/2/2010 | $298.50 | $130.37 | $428.87 |
| Erick Martinez Santana | 2/13/2010 | 4/3/2010 | $118.00 | $51.54 | $169.54 |
| Robinson D. Matos Martinez | 1/8/2011 | 2/4/2012 | $298.25 | $130.26 | $428.51 |
| Santos Medina Morales | 3/27/2010 | 11/12/2011 | $2,493.94 | $1,089.26 | $3,583.20 |
| Cristina L. Medina Gonzalez | 2/13/2010 | 12/31/2011 | $1,458.46 | $637.00 | $2,095.46 |
| Eusebio Mercado Nazario | 2/13/2010 | 4/2/2011 | $866.17 | $378.31 | $1,244.48 |
| Carlos M. Mercado Ortiz | 1/8/2011 | 7/2/2011 | $307.50 | $134.30 | $441.80 |
| Francheska Mercado Torres | 10/1/2011 | 2/4/2012 | $255.50 | $111.59 | $367.09 |
| Dimitre Mercado Velez | 2/13/2010 | 2/4/2012 | $4,180.25 | $1,825.78 | $6,006.03 |
| Angela F. Montalvo Torres | 7/3/2010 | 10/2/2010 | $20.25 | $8.84 | $29.09 |

Exhibit A   Page 2 of 5

| Employee Name | Period Starting | Period Ending | Minimum Wages | Liquidated Damages | Total |
|---|---|---|---|---|---|
| Carlos A. Montalvo Vega | 2/13/2010 | 1/1/2011 | $568.23 | $248.18 | $816.41 |
| Francisco Morales Rodriguez | 2/13/2010 | 2/4/2012 | $2,546.43 | $1,112.18 | $3,658.61 |
| Robil O. Munoz Antommarchi | 10/2/2010 | 10/1/2011 | $745.80 | $325.74 | $1,071.54 |
| Lizette Muriel Caraballo | 1/8/2011 | 2/4/2012 | $955.00 | $417.11 | $1,372.11 |
| Osvaldo Nazario Vega | 4/3/2010 | 10/2/2010 | $179.17 | $78.25 | $257.42 |
| Jesus M. Negron Caraballo | 1/8/2011 | 7/2/2011 | $174.00 | $76.00 | $250.00 |
| Jabiel Negron Santiago | 10/1/2011 | 2/4/2012 | $286.75 | $125.24 | $411.99 |
| Dennis Nieves Ortiz | 2/13/2010 | 2/4/2012 | $3,278.02 | $1,431.72 | $4,709.74 |
| Iris I. Ocasio Rodriguez | 4/3/2010 | 1/1/2011 | $133.00 | $58.09 | $191.09 |
| Steven Ocasio Rodriguez | 1/8/2011 | 10/1/2011 | $359.50 | $157.02 | $516.52 |
| Alan Orengo Baez | 7/2/2011 | 12/31/2011 | $196.75 | $85.93 | $282.68 |
| Noemi Ortiz Cruz | 2/13/2010 | 2/4/2012 | $2,541.15 | $1,109.88 | $3,651.03 |
| Edgar Ortiz Cruz | 7/3/2010 | 2/4/2012 | $1,949.85 | $851.62 | $2,801.47 |
| Dariel Ortiz Ramoz | 4/2/2011 | 7/2/2011 | $58.00 | $25.33 | $83.33 |
| Jose L. Ortiz Santiago | 4/2/2011 | 11/12/2011 | $484.00 | $211.39 | $695.39 |
| Javier Ortiz Vazquez | 1/8/2011 | 4/2/2011 | $22.02 | $9.62 | $31.64 |
| Angel J. Pacheco Cruz | 4/3/2010 | 7/3/2010 | $66.00 | $28.83 | $94.83 |
| Ana L. Pacheco Nazario | 2/13/2010 | 2/4/2012 | $2,516.67 | $1,099.19 | $3,615.86 |
| Angel J. Pacheco Ruiz | 7/3/2010 | 1/1/2011 | $764.59 | $333.94 | $1,098.53 |
| Jacqueline Padilla Cruz | 10/1/2011 | 2/4/2012 | $288.25 | $125.90 | $414.15 |
| Carlos M. Pantoja Rodriguez | 7/3/2010 | 10/2/2010 | $216.50 | $94.56 | $311.06 |
| Luis A. Pares Ocasio | 2/13/2010 | 2/4/2012 | $3,005.02 | $1,312.48 | $4,317.50 |
| Carmen L. Pellicier Velez | 4/3/2010 | 1/1/2011 | $868.08 | $379.14 | $1,247.22 |
| Freddie A. Peña Rodriguez | 10/2/2010 | 1/1/2011 | $57.18 | $24.97 | $82.15 |
| Dahiana D. Perez Lebron | 2/13/2010 | 10/1/2011 | $1,917.67 | $837.57 | $2,755.24 |
| Emmanuel Perez Mattei | 10/1/2011 | 2/4/2012 | $443.50 | $193.70 | $637.20 |
| Angel L. Perez Padilla | 4/3/2010 | 7/3/2010 | $58.25 | $25.44 | $83.69 |
| Modesto Perez Roman | 7/3/2010 | 7/2/2011 | $1,313.50 | $573.69 | $1,887.19 |
| Isaac Polanco Montalvo | 1/8/2011 | 7/2/2011 | $177.50 | $77.53 | $255.03 |
| Jayson O. Quiñones Ortiz | 10/2/2010 | 7/2/2011 | $440.72 | $192.49 | $633.21 |
| Omar J. Quiñones Ortiz | 2/13/2010 | 2/4/2012 | $2,391.99 | $1,044.73 | $3,436.72 |
| Caroline Ramirez Zambrana | 10/2/2010 | 1/1/2011 | $25.00 | $10.92 | $35.92 |
| Joanice J. Ramos Ramirez | 10/2/2010 | 1/1/2011 | $82.07 | $35.85 | $117.92 |
| Darwin Ramos Silva | 2/13/2010 | 2/4/2012 | $1,963.51 | $857.59 | $2,821.10 |
| Dennis Ramos Vargas | 2/13/2010 | 2/4/2012 | $3,026.72 | $1,321.96 | $4,348.68 |
| Ramon Ramos Velez | 3/27/2010 | 7/3/2010 | $133.50 | $58.31 | $191.81 |
| Nelson L. Rios chacon | 2/13/2010 | 2/4/2012 | $3,156.51 | $1,378.64 | $4,535.15 |

Exhibit A   Page 3 of 5

| Employee Name | Period Starting | Period Ending | Minimum Wages | Liquidated Damages | Total |
|---|---|---|---|---|---|
| Ivette Rivera Torres | 1/8/2011 | 2/4/2012 | $781.75 | $341.44 | $1,123.19 |
| Reymin Rodriguez Alvarez | 10/1/2011 | 11/12/2011 | $50.75 | $22.17 | $72.92 |
| Ivan Rodriguez Camacho | 2/13/2010 | 4/3/2010 | $150.57 | $65.76 | $216.33 |
| Jesus G. Rodriguez Camacho | 10/2/2010 | 1/1/2011 | $114.00 | $49.79 | $163.79 |
| Jose L. Rodriguez Camacho | 2/13/2010 | 2/4/2012 | $3,081.81 | $1,346.02 | $4,427.83 |
| Luis M. Rodriguez Camacho | 2/13/2010 | 2/4/2012 | $3,049.87 | $1,332.07 | $4,381.94 |
| Junmayra Rodriguez Cedeño | 10/2/2010 | 1/1/2011 | $38.40 | $16.77 | $55.17 |
| Luis A. Rodriguez Cornier | 10/2/2010 | 1/1/2011 | $51.36 | $22.43 | $73.79 |
| Ricardo Rodriguez Cruz | 4/3/2010 | 7/3/2010 | $153.17 | $66.90 | $220.07 |
| Hiram Rodriguez Gomez | 4/2/2011 | 10/1/2011 | $317.50 | $138.67 | $456.17 |
| Cesar Rodriguez Gonzalez | 4/3/2010 | 7/3/2010 | $502.84 | $219.62 | $722.46 |
| Christian Rodriguez Martinez | 7/2/2011 | 10/1/2011 | $131.50 | $57.43 | $188.93 |
| Arnaldo Rodriguez Millan | 1/8/2011 | 7/2/2011 | $329.25 | $143.80 | $473.05 |
| Julio E. Rodriguez Nazario | 2/13/2010 | 2/4/2012 | $2,751.08 | $1,201.57 | $3,952.65 |
| Steven Rodriguez Nazario | 2/13/2010 | 2/4/2012 | $1,847.72 | $807.01 | $2,654.73 |
| Walter Rodriguez Orengo | 4/3/2010 | 10/2/2010 | $512.67 | $223.91 | $736.58 |
| Edison Rodriguez Pacheco | 1/8/2011 | 11/12/2011 | $740.25 | $323.31 | $1,063.56 |
| Ronald Rodriguez Pacheco | 10/2/2010 | 2/4/2012 | $1,369.26 | $598.04 | $1,967.30 |
| Julio Rodriguez Riopedre | 7/3/2010 | 2/4/2012 | $1,485.75 | $648.92 | $2,134.67 |
| Jose A. Rodriguez Rodriguez | 2/13/2010 | 2/4/2012 | $2,872.08 | $1,254.42 | $4,126.50 |
| Rogelio Rodriguez Rodriguez | 7/3/2010 | 1/1/2011 | $113.28 | $49.48 | $162.76 |
| Alberto U. Rodriguez Saez | 4/3/2010 | 10/2/2010 | $190.50 | $83.20 | $273.70 |
| Elmer Rodriguez Torres | 2/13/2010 | 2/4/2012 | $2,273.07 | $992.79 | $3,265.86 |
| Cesar Roman Gonzalez | 2/13/2010 | 2/4/2012 | $1,411.83 | $616.63 | $2,028.46 |
| Cesar Roman Rodriguez | 1/8/2011 | 4/2/2011 | $599.42 | $261.80 | $861.22 |
| Jensen Rosario Santiago | 2/13/2010 | 4/2/2011 | $542.99 | $237.16 | $780.15 |
| Victor M. Ruiz Mojica | 4/3/2010 | 2/4/2012 | $2,049.51 | $895.15 | $2,944.66 |
| Jose L. Ruiz Ortiz | 2/13/2010 | 2/4/2012 | $2,806.31 | $1,225.69 | $4,032.00 |
| Carlos I. Ruiz Perez | 4/2/2011 | 2/4/2012 | $701.25 | $306.28 | $1,007.53 |
| Angel G. Ruiz Rios | 2/13/2010 | 4/2/2011 | $1,082.25 | $472.69 | $1,554.94 |
| Griselle M. Ruiz Rosado | 4/2/2011 | 10/1/2011 | $268.50 | $117.27 | $385.77 |
| Jonathan D. Sanchez Vega | 4/2/2011 | 7/2/2011 | $88.25 | $38.54 | $126.79 |
| Ezequiel Santana Torres | 4/2/2011 | 10/1/2011 | $235.00 | $102.64 | $337.64 |
| Erick A. Santiago Bonilla | 2/13/2010 | 2/4/2012 | $3,230.01 | $1,410.75 | $4,640.76 |
| Luis Santiago Quiñones | 1/8/2011 | 7/2/2011 | $546.50 | $238.69 | $785.19 |

Exhibit A   Page 4 of 5

| Employee Name | Period Starting | Period Ending | Minimum Wages | Liquidated Damages | Total |
|---|---|---|---|---|---|
| Belma Santiago Santiago | 7/3/2010 | 1/1/2011 | $2,813.72 | $1,228.93 | $4,042.65 |
| Zulma Santos Vazquez | 2/13/2010 | 12/3/2011 | $2,515.88 | $1,098.84 | $3,614.72 |
| Jose A. Sepulveda Rodriguez | 7/3/2010 | 1/1/2011 | $130.50 | $57.00 | $187.50 |
| Carlos M. Soto Ortiz | 2/13/2010 | 2/4/2012 | $2,170.97 | $948.20 | $3,119.17 |
| Leslie Soto Pacheco | 1/8/2011 | 4/2/2011 | $32.85 | $14.35 | $47.20 |
| Luis E. Surita Diodonet | 10/1/2011 | 2/4/2012 | $240.50 | $105.04 | $345.54 |
| Edison Tardi Muñiz | 10/2/2010 | 10/1/2011 | $594.75 | $259.76 | $854.51 |
| Roberto Tirado Mercado | 10/2/2010 | 12/3/2011 | $1,093.00 | $477.38 | $1,570.38 |
| Darwin Torres Castro | 1/8/2011 | 2/4/2012 | $1,503.00 | $656.45 | $2,159.45 |
| Frankie Torres Maldonado | 2/13/2010 | 2/4/2012 | $3,171.44 | $1,385.17 | $4,556.61 |
| Yamilett Torres Vargas | 1/8/2011 | 4/2/2011 | $23.03 | $10.06 | $33.09 |
| Angel L. Valentin Rodriguez | 7/3/2010 | 4/2/2011 | $125.18 | $54.67 | $179.85 |
| Pablo Vargas Acosta | 1/8/2011 | 4/2/2011 | $149.35 | $65.23 | $214.58 |
| Luis I. Vargas Forrodona | 2/13/2010 | 2/4/2012 | $2,472.48 | $1,079.89 | $3,552.37 |
| Roberto Vargas Forrodona | 2/13/2010 | 7/2/2011 | $2,253.92 | $984.43 | $3,238.35 |
| Ervin L. Vargas Garcia | 2/13/2010 | 4/2/2011 | $299.08 | $130.63 | $429.71 |
| Luis J. Vargas Ramos | 2/13/2010 | 2/4/2012 | $3,479.26 | $1,519.61 | $4,998.87 |
| Michael Vazquez Arroyo | 7/3/2010 | 1/1/2011 | $263.25 | $114.98 | $378.23 |
| Jose L. Vazquez Medina | 1/8/2011 | 2/4/2012 | $1,322.01 | $577.40 | $1,899.41 |
| Jose L. Vazquez Morales | 4/3/2010 | 2/4/2012 | $2,735.77 | $1,194.88 | $3,930.65 |
| Edwin O. Vazquez Rodriguez | 2/13/2010 | 2/4/2012 | $1,514.91 | $661.66 | $2,176.57 |
| Ignacio Vazquez Velez | 1/8/2011 | 4/2/2011 | $129.13 | $56.40 | $185.53 |
| Mabel Vega Almodovar | 3/27/2010 | 7/3/2010 | $54.52 | $23.81 | $78.33 |
| Eric E. Vega Maldonado | 4/3/2010 | 7/3/2010 | $88.25 | $38.54 | $126.79 |
| Encarnacion Vega Ruiz | 2/13/2010 | 2/4/2012 | $3,120.83 | $1,363.06 | $4,483.89 |
| Aladino Vega Sanchez | 1/8/2011 | 2/4/2012 | $1,493.26 | $652.20 | $2,145.46 |
| Luis M. Velez Berrios | 10/2/2010 | 1/1/2011 | $43.25 | $18.89 | $62.14 |
| Kenneth A. Yelton Torres | 1/8/2011 | 4/2/2011 | $29.52 | $12.89 | $42.41 |
| Luis A. Zapata Aviles | 4/2/2011 | 2/4/2012 | $871.25 | $380.53 | $1,251.78 |
| TOTAL | | | $191,402.56 | $83,597.44 | $275,000.00 |

Exhibit A   Page 5 of 5

## EXHIBIT B

| Pay-ment | Due on or Before | Back Wage and Liquidated Damages Principal | Post-judgment Interest | Total Payment Due |
|---|---|---|---|---|
|  | 10 Days of Judgment | $68,750.00 |  | $68,750.00 |
| 1 | 7/15/2013 | $3,928.57 | $20.34 | $3,948.91 |
| 2 | 8/15/2013 | $3,928.57 | $40.58 | $3,969.15 |
| 3 | 9/13/2013 | $3,928.57 | $58.71 | $3,987.28 |
| 4 | 10/15/2013 | $3,928.57 | $78.01 | $4,006.59 |
| 5 | 11/15/2013 | $3,928.57 | $95.87 | $4,024.44 |
| 6 | 12/15/2013 | $3,928.57 | $112.30 | $4,040.88 |
| 7 | 1/15/2014 | $3,928.57 | $128.57 | $4,057.14 |
| 8 | 2/15/2014 | $3,928.57 | $144.04 | $4,072.61 |
| 9 | 3/15/2014 | $3,928.57 | $156.98 | $4,085.55 |
| 10 | 4/15/2014 | $3,928.57 | $170.88 | $4,099.46 |
| 11 | 5/15/2014 | $3,928.57 | $183.44 | $4,112.01 |
| 12 | 6/15/2014 | $3,928.57 | $195.76 | $4,124.33 |
| 13 | 7/15/2014 | $3,928.57 | $206.76 | $4,135.33 |
| 14 | 8/15/2014 | $3,928.57 | $217.49 | $4,146.06 |
| 15 | 9/15/2014 | $3,928.57 | $227.42 | $4,155.99 |
| 16 | 10/15/2014 | $3,928.57 | $236.06 | $4,164.64 |
| 17 | 11/15/2014 | $3,928.57 | $244.41 | $4,172.98 |
| 18 | 12/15/2014 | $3,928.57 | $251.49 | $4,180.06 |
| 19 | 1/15/2015 | $3,928.57 | $258.25 | $4,186.82 |
| 20 | 2/15/2015 | $3,928.57 | $264.20 | $4,192.77 |
| 21 | 3/15/2015 | $3,928.57 | $268.09 | $4,196.66 |
| 22 | 4/15/2015 | $3,928.57 | $272.48 | $4,201.05 |
| 23 | 5/15/2015 | $3,928.57 | $275.68 | $4,204.25 |
| 24 | 6/15/2015 | $3,928.57 | $278.48 | $4,207.05 |
| 25 | 7/15/2015 | $3,928.57 | $280.11 | $4,208.68 |
| 26 | 8/15/2015 | $3,928.57 | $281.32 | $4,209.89 |
| 27 | 9/15/2015 | $3,928.57 | $281.73 | $4,210.30 |
| 28 | 10/15/2015 | $3,928.57 | $281.00 | $4,209.57 |
| 29 | 11/15/2015 | $3,928.57 | $279.82 | $4,208.39 |
| 30 | 12/15/2015 | $3,928.57 | $277.53 | $4,206.10 |
| 31 | 1/15/2016 | $3,928.57 | $274.76 | $4,203.33 |

Exhibit B Page 1 of 2

| Pay-ment | Due on or Before | Back Wage and Liquidated Damages Principal | Post-judgment Interest | Total Payment Due |
|---|---|---|---|---|
| 32 | 2/15/2016 | $3,928.57 | $271.18 | $4,199.75 |
| 33 | 3/15/2016 | $3,928.57 | $266.27 | $4,194.84 |
| 34 | 4/15/2016 | $3,928.57 | $261.12 | $4,189.69 |
| 35 | 5/15/2016 | $3,928.57 | $254.92 | $4,183.49 |
| 36 | 6/15/2016 | $68,750.00 | $248.17 | $68,998.17 |
| Total | | $275,000.00 | $7,644.20 | $282,644.20 |

Exhibit B Page 2 of 2